BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>2999TC LP, LLC | Debtor(s) | Case No.: 20−43204−mxm11<br>Chapter No.: 11 |
| Tejas Group, Ltd. et al. | Plaintiff(s) | Adversary No.: 20−04078−mxm |
| vs.<br>JMJ Development, LLC et al. | Defendant(s) | Civil Case No.: |
| 2999TC, LLC, et al | Appellant(s) | |
| vs.<br>L. Allen Hodges III, et al | Appellee(s) | |

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☑ Other Filing fee has been paid
- ☑ Copies of: Notice of appeal and other related documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (817) 850−6600.

DATED: 11/19/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 20−43204−mxm11

Adversary No.: 20−04078−mxm

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Mark X. Mullin
Scott Everett
Karyn Rueter
Attorney(s) for Appellant

**Appellant** 2999TC LP, LLC

Joyce W. Lindauer
Kerry S. Alleyne
Guy H. Holman
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75230
Telephone: (972) 503−4033
Facsimile: (972) 503−4034
Email: joyce@joycelindauer.com
kerry@joycelindauer.com
guy@joycelindauer.com

Robert F. Kemp
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526−2156
(214) 526−2156 Fax
Email: lawyerkemp@cs.com

**Appellant** JMJ Development, LLC

Joyce W. Lindauer
Kerry S. Alleyne
Guy H. Holman
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75230
Telephone: (972) 503−4033
Facsimile: (972) 503−4034
Email: joyce@joycelindauer.com

kerry@joycelindauer.com
guy@joycelindauer.com

Robert F. Kemp
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526−2156
(214) 526−2156 Fax
Email: lawyerkemp@cs.com

**Appellant** Tim Barton

Joyce W. Lindauer
Kerry S. Alleyne
Guy H. Holman
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75230
Telephone: (972) 503−4033
Facsimile: (972) 503−4034
Email: joyce@joycelindauer.com
kerry@joycelindauer.com
guy@joycelindauer.com

Robert F. Kemp
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526−2156
(214) 526−2156 Fax
Email: lawyerkemp@cs.com

**Appellee** L. Allen Hodges III, As Independent Executor of The Estate of Leland A. Hodges Jr.

Dee J. Kelly, Jr.
Katherine T. Hopkins
Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332−2500
Facsimile (817) 878−9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

**Appellee** Tejas Group, Ltd.,

Dee J. Kelly, Jr.
Katherine T. Hopkins
Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332−2500
Facsimile (817) 878−9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

**Appellee** LAH III Family Specific Interest, Ltd.

Dee J. Kelly, Jr.
Katherine T. Hopkins
Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332−2500
Facsimile (817) 878−9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

**Appellee** Blackfoot Interest, Ltd.

Dee J. Kelly, Jr.
Katherine T. Hopkins
Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332−2500
Facsimile (817) 878−9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

BTXN 150 (rev. 11/10)

| | | | |
|---|---|---|---|
| In Re:<br>2999TC LP, LLC | Debtor(s) | § | Case No.: 20−43204−mxm11<br>Chapter No.: 11 |
| Tejas Group, Ltd. et al. | Plaintiff(s) | § | Adversary No.: 20−04078−mxm |
| vs.<br>JMJ Development, LLC et al. | Defendant(s) | § | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
2999TC, LLC, et al

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joyce W. Lindauer
Kerry S. Alleyne
Guy H. Holman
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75230
Telephone: (972) 503−4033
Facsimile: (972) 503−4034
Email: joyce@joycelindauer.com
kerry@joycelindauer.com
guy@joycelindauer.com

Robert F. Kemp
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526−2156
(214) 526−2156 Fax
Email: lawyerkemp@cs.com

**APPELLEE**
L. Allen Hodges III, et al

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

Attorney's (If Known)
Dee J. Kelly, Jr.
Katherine T. Hopkins
Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332−2500
Facsimile (817) 878−9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

---

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff ○ 2 U.S. Government Defendant ◉ 3 Federal Question (U.S. Government Not a Party) ○ 4 Diversity (Indicate Citizenship of Parties in Item III)

---

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. NATURE OF SUIT**

◉ 422 Appeal 28 USC 158 ○ 423 Withdrawal 28 USC 157 ○ 890 Other Statutory Actions

---

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened
○ 5 Transferred from another district ○ 6 Multidistrict Litigation ○ 7 Appeal to District Judge from Magistrate Judgment

---

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 158

Brief description of cause:
Notice of appeal

---

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge: Docket Number:

DATED: 11/19/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Karyn Rueter, Deputy Clerk