Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR 2999TC, LLC, DEBTOR

Robert F. Kemp
SBN 11256400
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526-2156
(214) 526-2156 Fax
ATTORNEY FOR JMJ DEVELOPMENT, LLC
AND TIMOTHY BARTON

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **2999TC, LLC,** | § | |
| | § | **CASE NO. 20-43204-MXM11** |
| Debtor. | § | |
| | § | |
| **L. ALLEN HODGES III, AS INDEPENDENT** | § | |
| **EXECUTOR OF THE ESTATE OF LELAND** | § | |
| **A. HODGES JR., TEJAS GROUP, LTD., LAH** | § | |
| **III FAMILY SPECIFIC INTEREST, LTD. AND** | § | |
| **BLACKFOOT INTEREST, LTD.** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-04078** |
| | § | |
| **2999TC LP, LLC, JMJ DEVELOPMENT, LLC** | § | |
| **AND TIM BARTON** | § | |
| | § | |
| Defendants. | § | |

---

### AMENDED NOTICE OF APPEAL

---

**TO THE UNITED STATES BANKRUPTCY COURT**:

NOTICE IS GIVEN that **2999TC, LLC**, **JMJ Development, LLC** and **Tim Barton** ("Defendants"), Defendants/Appellants herein, appeal to the United States District Court for the Northern District of Texas, this Court's **Order Granting Second Amended Motion to Dismiss Defendant 2999TC, LP, LLC Only and Abstain and Remand to State Cou**rt, entered on November 18, 2020, in the above referenced adversary proceeding (the "**Order**").

The nature of the Order being appealed is final, with the United States District Court for the Northern District of Texas having jurisdiction to hear the appeal pursuant to 28 U.S.C. § 158(a)(1).

1.    <u>Names of Appellants</u>:

    a) 2999TC, LLC,
    b) JMJ Development, LLC and
    c) Tim Barton

2.    <u>Position of Appellants</u>:  The Appellant 2999TC, LLC is the Debtor in the above referenced bankruptcy proceeding.  2999TC, LLC, JMJ Development, LLC and Tim Barton are Defendants in the above referenced adversary proceeding.

3.    <u>Subject of this Appeal</u>:  The Order being appealed is the **Order Granting Second Amended Motion to Dismiss Defendant 2999TC, LP, LLC Only and Abstain and Remand to State Cou**rt, entered on November 18, 2020, in the adversary proceeding No. 20-04078. (See "Exhibit 1")

4.    <u>Other Parties to the Appeal</u>:

    (a) L. Allen Hodges III, As Independent Executor Of The Estate Of Leland A. Hodges Jr.,
    (b) Tejas Group, Ltd.,
    (c) LAH III Family Specific Interest, Ltd. and
    (d) Blackfoot Interest, Ltd.

Counsel:

Dee J. Kelly, Jr., Katherine T. Hopkins & Joakim G. Soederbaum

Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

Dated: November 19, 2020.

Respectfully submitted,

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4004
Email: joyce@joycelindauer.com
        kerry@joycelindauer.com
        guy@joycelindauer.com
ATTORNEYS FOR APPELLANT
2999TC, LLC

 /s/ Robert F. Kemp
Robert F. Kemp
State Bar No. 11256400
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526-2156
(214) 526-2156 Fax
Email: lawyerkemp@cs.com
ATTORNEY FOR APPELLANTS JMJ
DEVELOPMENT, LLC AND TIMOTHY
BARTON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

L. Allen Hodges III, As Independent Executor Of The Estate Of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd
c/o Dee J. Kelly, Jr., Katherine T. Hopkins & Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com


_/s/ Joyce W. Lindauer_
Joyce W. Lindauer





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 18, 2020

*Mark X. Mullin*

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE 2999TC LP, LLC, | § § § | CASE NO. 20-43204-mxm11 |
| Debtor. | § § § | |
| L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD. Plaintiffs, | § § § § § § § § | |
| v. | § § | ADVERSARY NO. 20-04078 |
| 2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON Defendants. | § § § § § | |

**ORDER GRANTING SECOND AMENDED MOTION TO DISMISS DEFENDANT
2999TC LP, LLC ONLY AND ABSTAIN AND REMAND TO STATE COURT**

1

**EXHIBIT "1"**

On November 16, 2020, the Court considered the Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court (the "Motion") [Docket No. 12], filed by Plaintiffs L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd. (collectively, the "Plaintiffs"). At the hearing to consider the Motion, the Court stated its findings of fact and conclusions of law orally on the record pursuant to Fed. R. Civ. P. 52, made applicable to this proceeding by Fed. R. Bankr. P. 7052, and that good cause existed to grant the Motion. In accordance therewith, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Plaintiffs' claims against only Defendant 2999TC LP, LLC ("2999TC") are hereby **DISMISSED, WITHOUT PREJUDICE**; it is further

ORDERED this Order does not affect or impair any of the remaining claims asserted in the State Court Lawsuit[1]; it is further

ORDERED that nothing contained in this Order and no actions taken by Plaintiffs or 2999TC with respect to this Order shall be construed as an admission by any party on any question of liability; it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order; it is further

ORDERED that in connection with the State Court Lawsuit, permissive abstention and equitable remand are appropriate; and it is further

ORDERED that the State Court Lawsuit is remanded to the 141st Judicial District Court, Tarrant County, Texas for further determination.

### ### END OF ORDER ###

---

[1] Any capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

**SUBMITTED BY:**

*/s/ Katherine T. Hopkins*
Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS
INDEPENDENT EXECUTOR OF THE ESTATE OF
LELAND A. HODGES JR., TEJAS GROUP, LTD.,
LAH III FAMILY SPECIFIC INTEREST, LTD.,
AND BLACKFOOT INTEREST, LTD.**

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR 2999TC, LLC, DEBTOR

Robert F. Kemp
SBN 11256400
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526-2156
(214) 526-2156 Fax
ATTORNEY FOR JMJ DEVELOPMENT, LLC
AND TIMOTHY BARTON

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC, LLC,** | § | |
| | § | **CASE NO. 20-43204-MXM11** |
| Debtor. | § | |
| | § | |
| **L. ALLEN HODGES III, AS INDEPENDENT** | § | |
| **EXECUTOR OF THE ESTATE OF LELAND** | § | |
| **A. HODGES JR., TEJAS GROUP, LTD., LAH** | § | |
| **III FAMILY SPECIFIC INTEREST, LTD. AND** | § | |
| **BLACKFOOT INTEREST, LTD.** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-04078** |
| | § | |
| **2999TC LP, LLC, JMJ DEVELOPMENT, LLC** | § | |
| **AND TIM BARTON** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

**TO THE UNITED STATES BANKRUPTCY COURT**:

NOTICE IS GIVEN that **2999TC, LLC**, **JMJ Development, LLC** and **Tim Barton** ("Defendants"), Defendants/Appellants herein, appeal to the United States District Court for the Northern District of Texas, this Court's **Order Granting Second Amended Motion to Dismiss Defendant 2999TC, LP, LLC Only and Abstain and Remand to State Cou**rt, entered on November 18, 2020, in the above referenced adversary proceeding (the "**Order**"). The Order is entered at ECF Nos. 31 and 32 in the adversary proceeding.

The nature of the Order being appealed is final, with the United States District Court for the Northern District of Texas having jurisdiction to hear the appeal pursuant to 28 U.S.C. § 158(a)(1).

1.   Names of Appellants:

   a)  2999TC, LLC,
   b)  JMJ Development, LLC and
   c)  Tim Barton

2.   Position of Appellants:  The Appellant 2999TC, LLC is the Debtor in the above referenced bankruptcy proceeding.  2999TC, LLC, JMJ Development, LLC and Tim Barton are Defendants in the above referenced adversary proceeding.

3.   Subject of this Appeal:  The Order being appealed is the **Order Granting Second Amended Motion to Dismiss Defendant 2999TC, LP, LLC Only and Abstain and Remand to State Cou**rt, entered on November 18, 2020, at ECF Docket Nos. 31 and 32 in the adversary proceeding No. 20-04078. (See "Exhibit 1")

4.   Other Parties to the Appeal:

   (a) L. Allen Hodges III, As Independent Executor Of The Estate Of Leland A. Hodges Jr.,
   (b) Tejas Group, Ltd.,
   (c) LAH III Family Specific Interest, Ltd. and
   (d) Blackfoot Interest, Ltd.

Counsel:
Dee J. Kelly, Jr., Katherine T. Hopkins & Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com

Dated: November 18, 2020.

                                   Respectfully submitted,

                                    /s/ Joyce W. Lindauer
                                   Joyce W. Lindauer
                                   State Bar No. 21555700
                                   Kerry S. Alleyne
                                   State Bar No. 24066090
                                   Guy H. Holman
                                   State Bar No. 24095171
                                   Joyce W. Lindauer Attorney, PLLC
                                   1412 Main Street, Suite 500
                                   Dallas, Texas 75230
                                   Telephone: (972) 503-4033
                                   Facsimile: (972) 503-4034
                                   Email: joyce@joycelindauer.com
                                           kerry@joycelindauer.com
                                           guy@joycelindauer.com
                                   ATTORNEYS FOR APPELLANT
                                   2999TC, LLC

                                    /s/ Robert F. Kemp
                                   Robert F. Kemp
                                   State Bar No. 11256400
                                   2815 Valley View Lane, Ste. 202
                                   Dallas, Texas 75234
                                   (214) 526-2156
                                   (214) 526-2156 Fax
                                   Email: lawyerkemp@cs.com
                                   ATTORNEY FOR APPELLANTS JMJ
                                   DEVELOPMENT, LLC AND TIMOTHY
                                   BARTON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

L. Allen Hodges III, As Independent Executor Of The Estate Of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd
c/o Dee J. Kelly, Jr., Katherine T. Hopkins & Joakim G. Soederbaum
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com


_/s/ Joyce W. Lindauer_
Joyce W. Lindauer





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 18, 2020**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE 2999TC LP, LLC, | § | CASE NO. 20-43204-mxm11 |
| Debtor. | § | |
| | § | |
| L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD. | § | |
| Plaintiffs, | § | |
| v. | § | ADVERSARY NO. 20-04078 |
| 2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON | § | |
| Defendants. | § | |

**ORDER GRANTING SECOND AMENDED MOTION TO DISMISS DEFENDANT
2999TC LP, LLC ONLY AND ABSTAIN AND REMAND TO STATE COURT**

1

**EXHIBIT "1"**

On November 16, 2020, the Court considered the Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court (the "Motion") [Docket No. 12], filed by Plaintiffs L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd. (collectively, the "Plaintiffs"). At the hearing to consider the Motion, the Court stated its findings of fact and conclusions of law orally on the record pursuant to Fed. R. Civ. P. 52, made applicable to this proceeding by Fed. R. Bankr. P. 7052, and that good cause existed to grant the Motion. In accordance therewith, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Plaintiffs' claims against only Defendant 2999TC LP, LLC ("2999TC") are hereby **DISMISSED, WITHOUT PREJUDICE**; it is further

ORDERED this Order does not affect or impair any of the remaining claims asserted in the State Court Lawsuit[1]; it is further

ORDERED that nothing contained in this Order and no actions taken by Plaintiffs or 2999TC with respect to this Order shall be construed as an admission by any party on any question of liability; it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order; it is further

ORDERED that in connection with the State Court Lawsuit, permissive abstention and equitable remand are appropriate; and it is further

ORDERED that the State Court Lawsuit is remanded to the 141st Judicial District Court, Tarrant County, Texas for further determination.

### ### END OF ORDER ###

---

[1] Any capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

**SUBMITTED BY:**

*/s/ Katherine T. Hopkins*
Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., AND BLACKFOOT INTEREST, LTD.**





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 18, 2020**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE 2999TC LP, LLC, §<br>§<br>Debtor. § | CASE NO. 20-43204-mxm11 | |

IN RE 2999TC LP, LLC, §

§

    Debtor. §

CASE NO. 20-43204-mxm11

§

§

L. ALLEN HODGES III, AS §
INDEPENDENT EXECUTOR OF THE §
ESTATE OF LELAND A. HODGES JR., §
TEJAS GROUP, LTD., LAH III FAMILY §
SPECIFIC INTEREST, LTD., AND §
BLACKFOOT INTEREST, LTD. §
      Plaintiffs, §

§          ADVERSARY NO. 20-04078

v. §

§

2999TC LP, LLC, §
JMJ DEVELOPMENT, LLC, AND §
TIM BARTON §
      Defendants. §

§

### ORDER GRANTING SECOND AMENDED MOTION TO DISMISS DEFENDANT
### 2999TC LP, LLC ONLY AND ABSTAIN AND REMAND TO STATE COURT

1

On November 16, 2020, the Court considered the Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court (the "Motion") [Docket No. 12], filed by Plaintiffs L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd. (collectively, the "Plaintiffs").  At the hearing to consider the Motion, the Court stated its findings of fact and conclusions of law orally on the record pursuant to Fed. R. Civ. P. 52, made applicable to this proceeding by Fed. R. Bankr. P. 7052, and that good cause existed to grant the Motion.  In accordance therewith, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Plaintiffs' claims against only Defendant 2999TC LP, LLC ("2999TC") are hereby **DISMISSED, WITHOUT PREJUDICE**; it is further

ORDERED this Order does not affect or impair any of the remaining claims asserted in the State Court Lawsuit[1]; it is further

ORDERED that nothing contained in this Order and no actions taken by Plaintiffs or 2999TC with respect to this Order shall be construed as an admission by any party on any question of liability; it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order; it is further

ORDERED that in connection with the State Court Lawsuit,  permissive abstention and equitable remand are appropriate; and it is further

ORDERED that the State Court Lawsuit is remanded to the 141st Judicial District Court, Tarrant County, Texas for further determination.

### ### END OF ORDER ###

---

[1] Any capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

**SUBMITTED BY:**

*/s/ Katherine T. Hopkins*
Dee J. Kelly, Jr.
Tex. Bar I.D.  11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS
INDEPENDENT EXECUTOR OF THE ESTATE OF
LELAND A. HODGES JR., TEJAS GROUP, LTD.,
LAH III FAMILY SPECIFIC INTEREST, LTD.,
AND BLACKFOOT INTEREST, LTD.**





**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 18, 2020**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE 2999TC LP, LLC, § | | CASE NO. 20-43204-mxm11 |
| Debtor. § | | |
| | | |
| L. ALLEN HODGES III, AS § | | |
| INDEPENDENT EXECUTOR OF THE § | | |
| ESTATE OF LELAND A. HODGES JR., § | | |
| TEJAS GROUP, LTD., LAH III FAMILY § | | |
| SPECIFIC INTEREST, LTD., AND § | | |
| BLACKFOOT INTEREST, LTD. § | | |
| Plaintiffs, § | | |
| § | | ADVERSARY NO. 20-04078 |
| v. § | | |
| 2999TC LP, LLC, § | | |
| JMJ DEVELOPMENT, LLC, AND § | | |
| TIM BARTON § | | |
| Defendants. § | | |
| § | | |

**ORDER GRANTING SECOND AMENDED MOTION TO DISMISS DEFENDANT**
**2999TC LP, LLC ONLY AND ABSTAIN AND REMAND TO STATE COURT**

1

On November 16, 2020, the Court considered the Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court (the "Motion") [Docket No. 12], filed by Plaintiffs L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd. and Blackfoot Interest, Ltd. (collectively, the "Plaintiffs").  At the hearing to consider the Motion, the Court stated its findings of fact and conclusions of law orally on the record pursuant to Fed. R. Civ. P. 52, made applicable to this proceeding by Fed. R. Bankr. P. 7052, and that good cause existed to grant the Motion.  In accordance therewith, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Plaintiffs' claims against only Defendant 2999TC LP, LLC ("2999TC") are hereby **DISMISSED, WITHOUT PREJUDICE**; it is further

ORDERED this Order does not affect or impair any of the remaining claims asserted in the State Court Lawsuit[1]; it is further

ORDERED that nothing contained in this Order and no actions taken by Plaintiffs or 2999TC with respect to this Order shall be construed as an admission by any party on any question of liability; it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order; it is further

ORDERED that in connection with the State Court Lawsuit,  permissive abstention and equitable remand are appropriate; and it is further

ORDERED that the State Court Lawsuit is remanded to the 141st Judicial District Court, Tarrant County, Texas for further determination.

### ### END OF ORDER ###

---

[1] Any capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

**SUBMITTED BY:**

*/s/ Katherine T. Hopkins*
Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Katherine T. Hopkins
Tex. Bar I.D. 24070737
Joakim G. Soederbaum
Tex. Bar I.D. 24091338
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
katherine.hopkins@kellyhart.com
joakim.soederbaum@kellyhart.com

**ATTORNEYS FOR L. ALLEN HODGES III, AS
INDEPENDENT EXECUTOR OF THE ESTATE OF
LELAND A. HODGES JR., TEJAS GROUP, LTD.,
LAH III FAMILY SPECIFIC INTEREST, LTD.,
AND BLACKFOOT INTEREST, LTD.**

# U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Adversary Proceeding #: 20-04078-mxm
### Internal Use Only

*Assigned to:* Mark X. Mullin                  *Date Filed:* 10/16/20
*Lead BK Case:* 20-43204
*Lead BK Title:* 2999TC LP, LLC
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 01 Determination of removed claim or cause


***Plaintiff***
**----------------------**

**Tejas Group, Ltd.**           represented by **Katherine T. Hopkins**
                                            Kelly Hart & Hallman
                                            201 Main Street, Suite 2500
                                            Fort Worth, TX 76102
                                            (817) 332-2500
                                            Fax : (817) 878-9280
                                            Email: katherine.thomas@kellyhart.com

                                            **Dee J. Kelly, Jr.**
                                            Kelly, Hart & Hallman, P.C.
                                            201 Main St., Suite 2500
                                            Fort Worth, TX 76102
                                            817-332-2500
                                            Email: dee_kelly_2@khh.com
                                            *LEAD ATTORNEY*


***Plaintiff***
**----------------------**

**LAH III Family Specific Interest, Ltd.**    represented by **Katherine T. Hopkins**
                                            (See above for address)

                                            **Dee J. Kelly, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*


***Plaintiff***
**----------------------**

**Blackfoot Interest, Ltd.**                          **Katherine T. Hopkins**

                                    represented by (See above for address)

                                                    **Dee J. Kelly, Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*


*Plaintiff*
-----------------------

**L. Allen Hodges, III,** *as Independent*          represented by **Katherine T. Hopkins**
***Executor of The Estate of Leland A. Hodges***                    (See above for address)
***Jr.***

                                                    **Dee J. Kelly, Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*


V.


*Defendant*
-----------------------

**2999TC LP, LLC**                                   represented by **Joyce W. Lindauer**
*TERMINATED: 11/18/2020*                                            Joyce W. Lindauer Attorney, PLLC
                                                                    1412 Main Street
                                                                    Suite 500
                                                                    Dallas, TX 75202
                                                                    (972) 503-4033
                                                                    Fax : (972) 503-4034
                                                                    Email: joyce@joycelindauer.com
                                                                    *TERMINATED: 11/18/2020*


*Defendant*
-----------------------

**JMJ Development, LLC**                              represented by **JMJ Development, LLC**
                                                                    PRO SE


*Defendant*
-----------------------

**Tim Barton**                                       represented by **Tim Barton**
                                                                    PRO SE

*Counter-Claimant*

------------------------

**2999TC LP, LLC**
*TERMINATED: 11/18/2020*


*Counter-Claimant*

------------------------

**Tim Barton**                      represented by **Tim Barton**
                                                    PRO SE


*Counter-Claimant*

------------------------

**JMJ Development, LLC**          represented by **JMJ Development, LLC**
                                                      PRO SE


V.

*Counter-Defendant*

------------------------

**Tejas Group, Ltd.**


*Counter-Defendant*

------------------------

**LAH III Family Specific Interest, Ltd.**


*Counter-Defendant*

------------------------

**Blackfoot Interest, Ltd.**


*Counter-Defendant*

------------------------

**L. Allen Hodges, III,** *as Independent Executor of The Estate of Leland A. Hodges Jr.*

| Filing Date | Docket Text |
| --- | --- |

| | |
|---|---|
| 10/16/2020 | ◦ 1 Adversary case 20-04078. Complaint by L. Allen Hodges III as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd. against 2999TC LP, LLC, JMJ Development, LLC, Tim Barton. Fee Amount $350 (Attachments: # 1 Exhibit B-1 # 2 Exhibit B-2 # 3 Exhibit B-3 # 4 Exhibit B-4 # 5 Exhibit B-5 # 6 Exhibit B-6 # 7 Exhibit B-7 # 8 Exhibit B-8 # 9 Exhibit B-9 # 10 Exhibit B-10 # 11 Exhibit B-11 # 12 Exhibit B-12 # 13 Exhibit B-13 # 14 Exhibit B-14 # 15 Exhibit B-15 # 16 Exhibit B-16 # 17 Exhibit B-17 # 18 Exhibit B-18 # 19 Exhibit B-19 # 20 Exhibit B-20 # 21 Exhibit B-21 # 22 Exhibit B-22). Nature(s) of suit: 01 (Determination of removed claim or cause). (Lindauer, Joyce) |
| 10/16/2020 | ◦ 2 Adversary proceeding cover sheet filed by Defendant 2999TC LP, LLC (RE: related document(s)1 Complaint). (Lindauer, Joyce) |
| 10/16/2020 | Receipt of filing fee for Complaint(20-04078-mxm) [cmp,cmp] ( 350.00). Receipt number 28187609, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) |
| 10/16/2020 | ◦ 3 Support/supplemental document/*Exhibit A* filed by Defendant 2999TC LP, LLC (RE: related document(s)1 Complaint). (Lindauer, Joyce) |
| 10/16/2020 | (private) Case checked for completeness (Bibbs-Samuels, P.) |
| 10/16/2020 | ◦ 4 Notice of hearing filed by Court (RE: related document(s)1 Complaint filed by Plaintiff Tejas Group, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.). Status Conference to be held on 11/4/2020 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. (Calfee, J.) |
| 10/16/2020 | ◦ 5 Counterclaim by 2999TC LP, LLC, Tim Barton, JMJ Development, LLC against all plaintiffs (Lindauer, Joyce) |
| 10/18/2020 | ◦ 6 BNC certificate of mailing - hearing. (RE: related document(s)4 Notice of hearing filed by Court (RE: related document(s)1 Complaint filed by Plaintiff Tejas Group, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.). Status Conference to be held on 11/4/2020 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. (Calfee, J.)) No. of Notices: 1. Notice Date 10/18/2020. (Admin.) |
| 10/19/2020 | ◦ 7 Motion to dismiss 2999TC LP, LLC *ONLY* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (Attachments: # 1 Proposed Order) (Hopkins, Katherine) |
| 10/19/2020 | ◦ 8 Motion to dismiss 2999TC LP, LLC ONLY *Amended Motion to Dismiss Defendant 2999TC LP, LLC Only* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. Objections due by 11/9/2020. (Attachments: # 1 Proposed Order) (Hopkins, Katherine) |
| 10/20/2020 | ◦ 9 Motion for expedited hearing(related documents 8 Motion to dismiss party) *Motion for Expedited Hearing on Plaintiffs' Amended Motion to Dismiss Defendant 2999TC LP, LLC Only* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (Attachments: # 1 Proposed Order) (Hopkins, Katherine) |
| 10/20/2020 | ◦ 10 Objection to (related document(s): 9 Motion for expedited hearing(related documents 8 Motion to dismiss party) *Motion for Expedited Hearing on Plaintiffs' Amended Motion* |

| | |
|---|---|
| | *to Dismiss Defendant 2999TC LP, LLC Only* filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.) filed by Defendant 2999TC LP, LLC. (Lindauer, Joyce) |
| 10/23/2020 | ○ 11 Order granting motion for expedited hearing (Related Doc# 9)(document set for hearing: 8 Motion to dismiss party) Hearing to be held on 11/4/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 8, Entered on 10/23/2020. (Dozier, Bryan) |
| 10/23/2020 | ○ 12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. Objections due by 11/13/2020. (Attachments: # 1 Proposed Order) (Hopkins, Katherine) |
| 10/23/2020 | ○ 30 Motion for remand filed by Plaintiffs Blackfoot Interest, Ltd. , L. Allen Hodges III, LAH III Family Specific Interest, Ltd. , Tejas Group, Ltd. (Calfee, J.) (Entered: 11/17/2020) |
| 10/25/2020 | ○ 13 Objection to (related document(s): 8 Motion to dismiss 2999TC LP, LLC ONLY *Amended Motion to Dismiss Defendant 2999TC LP, LLC Only* filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.) filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC. (Lindauer, Joyce) |
| 10/25/2020 | ○ 14 BNC certificate of mailing - PDF document. (RE: related document(s)11 Order granting motion for expedited hearing (Related Doc9)(document set for hearing: 8 Motion to dismiss party) Hearing to be held on 11/4/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 8, Entered on 10/23/2020.) No. of Notices: 1. Notice Date 10/25/2020. (Admin.) |
| 10/26/2020 | ○ 15 Expedited Notice of hearing *Notice of Expedited Hearing on Plaintiffs' Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (RE: related document(s)12 Motion to dismiss party filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.). Hearing to be held on 11/4/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 12, (Hopkins, Katherine) |
| 10/27/2020 | ○ 16 Motion for leave */Motion to Disqualify Kelly Hart & Hallman LLP* filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 10/29/2020 | ○ 17 Notice of telephone video information for November 4th at 1:30 (RE: related document(s)1 Complaint filed by Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III |

Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd., 12 Motion to dismiss party filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.). (Calfee, J.)

---

18 Witness and Exhibit List *Plaintiffs' Designation of Witnesses and Exhibits for Expedited Hearing on November 4, 2020 at 1:30 P.m> (CT)* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (RE: related document(s)12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support*). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (Hopkins, Katherine)

10/30/2020

---

19 Objection to (related document(s): 12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.) filed by Defendant 2999TC LP, LLC. (Lindauer, Joyce)

10/30/2020

---

20 Witness and Exhibit List filed by Defendant 2999TC LP, LLC (RE: related document(s)8 Motion to dismiss 2999TC LP, LLC ONLY *Amended Motion to Dismiss Defendant 2999TC LP, LLC Only*, 12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 - Part 1 # 3 Exhibit 2 - Part 2 # 4 Exhibit 2 - Part 3 # 5 Exhibit 2 - Part 4 # 6 Exhibit 3 # 7 Exhibit 4 # 8 Exhibit 5 # 9 Exhibit 6 # 10 Exhibit 7 # 11 Exhibit 8) (Lindauer, Joyce)

10/30/2020

---

21 Hearing held on 11/4/2020. (RE: related document(s)12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. Objections due by 11/13/2020. (Attachments: # 1 Proposed Order)) ***CONTINUED TO 11/16 @ 1:30 PM*** (Munoz, Kristina)

11/04/2020

---

22 Hearing held on 11/4/2020. (RE: related document(s)1 Adversary case 20-04078. Complaint by L. Allen Hodges III as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd. against 2999TC LP, LLC, JMJ Development, LLC, Tim Barton. Fee Amount $350 (Attachments: # 1 Exhibit B-1 # 2 Exhibit B-2 # 3 Exhibit B-3 # 4 Exhibit B-4 # 5 Exhibit B-5 # 6 Exhibit B-6 # 7 Exhibit B-7 # 8 Exhibit B-8 # 9 Exhibit B-9 # 10 Exhibit B-10 # 11 Exhibit B-11 # 12 Exhibit B-12 # 13 Exhibit B-13 # 14 Exhibit B-14 # 15 Exhibit B-15 # 16 Exhibit B-16 # 17 Exhibit B-17 # 18 Exhibit B-18 # 19 Exhibit B-19 # 20 Exhibit B-20 # 21 Exhibit B-21 # 22 Exhibit B-22). Nature(s) of suit: 01 (Determination of removed claim or cause).) ***CONTINUED TO 11/16 @ 1:30 PM*** (Munoz, Kristina)

11/04/2020

---

23 Hearing continued (RE: related document(s)1 Adversary case 20-04078. Complaint

11/04/2020

| | |
|---|---|
| | by L. Allen Hodges III as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd. against 2999TC LP, LLC, JMJ Development, LLC, Tim Barton. Fee Amount $350 (Attachments: # 1 Exhibit B-1 # 2 Exhibit B-2 # 3 Exhibit B-3 # 4 Exhibit B-4 # 5 Exhibit B-5 # 6 Exhibit B-6 # 7 Exhibit B-7 # 8 Exhibit B-8 # 9 Exhibit B-9 # 10 Exhibit B-10 # 11 Exhibit B-11 # 12 Exhibit B-12 # 13 Exhibit B-13 # 14 Exhibit B-14 # 15 Exhibit B-15 # 16 Exhibit B-16 # 17 Exhibit B-17 # 18 Exhibit B-18 # 19 Exhibit B-19 # 20 Exhibit B-20 # 21 Exhibit B-21 # 22 Exhibit B-22). Nature(s) of suit: 01 (Determination of removed claim or cause)., 12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. Objections due by 11/13/2020. (Attachments: # 1 Proposed Order)) Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 1 and for 12, (Munoz, Kristina) |
| 11/10/2020 | 24 Notice telephone/video information for November 16, 2020 at 1:30 pm (RE: related document(s)1 Complaint filed by Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd., 12 Motion to dismiss party filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.). (Calfee, J.) |
| 11/10/2020 | 25 Notice of hearing filed by Defendant 2999TC LP, LLC (RE: related document(s)16 Motion for leave */Motion to Disqualify Kelly Hart & Hallman LLP* filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/2/2020 at 03:00 PM Ft. Worth, Judge Mullin's Ctrm. for 16, (Lindauer, Joyce) |
| 11/11/2020 | 26 Brief in support filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)19 Objection). (Lindauer, Joyce) |
| 11/13/2020 | 27 Amended Witness and Exhibit List *Plaintiffs' Amended Designation of Witnesses and Exhibits for Hearing on November 16, 2020 at 1:30 P.M. (CT)* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (RE: related document(s)18 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) (Hopkins, Katherine) |
| 11/16/2020 | 35 Court admitted exhibits date of hearing 11/16/2020 (RE: related document(s)1 Adversary case 20-04078. Complaint by L. Allen Hodges III as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd. against 2999TC LP, LLC, JMJ Development, LLC, Tim Barton. Fee Amount $350 (Attachments: # 1 Exhibit B-1 # 2 Exhibit B-2 # 3 Exhibit B-3 # 4 Exhibit B-4 # 5 Exhibit B-5 # 6 Exhibit B-6 # 7 Exhibit B-7 # 8 Exhibit B-8 # 9 Exhibit B-9 # 10 Exhibit B-10 # 11 Exhibit B-11 # 12 Exhibit B-12 # 13 Exhibit B-13 # 14 Exhibit B-14 # 15 Exhibit B-15 # 16 Exhibit B-16 # 17 Exhibit B-17 # 18 Exhibit B-18 # 19 Exhibit B-19 # 20 Exhibit B-20 # 21 Exhibit B-21 # 22 Exhibit B-22). Nature(s) of |

| | |
|---|---|
| | suit: 01 (Determination of removed claim or cause). filed by Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd., 12 Motion to dismiss 2999TC LP LLC *Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court and Brief in Support* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. Objections due by 11/13/2020. (Attachments: # 1 Proposed Order) filed by Counter-Defendant L. Allen Hodges, Plaintiff L. Allen Hodges, Counter-Defendant Tejas Group, Ltd., Plaintiff Tejas Group, Ltd., Counter-Defendant LAH III Family Specific Interest, Ltd., Plaintiff LAH III Family Specific Interest, Ltd., Counter-Defendant Blackfoot Interest, Ltd., Plaintiff Blackfoot Interest, Ltd.) (Calfee, J.) (Entered: 11/19/2020) |
| 11/17/2020 | 28 Response opposed to (related document(s): 16 Motion for leave */Motion to Disqualify Kelly Hart & Hallman LLP* filed by Counter-Claimant 2999TC LP, LLC, Defendant 2999TC LP, LLC, Counter-Claimant JMJ Development, LLC, Defendant JMJ Development, LLC, Counter-Claimant Tim Barton, Defendant Tim Barton) filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd.. (Hopkins, Katherine) |
| 11/17/2020 | 29 Support/supplemental document *Exhibit A to Plaintiffs' Response to Defendants' Motion to Disqualify Kelly Hart & Hallman LLP* filed by Plaintiffs Blackfoot Interest, Ltd., L. Allen Hodges III, LAH III Family Specific Interest, Ltd., Tejas Group, Ltd. (RE: related document(s)28 Response). (Hopkins, Katherine) |
| 11/18/2020 | 31 Order granting motion to dismiss party without prejudice. 2999TC LP, LLC Terminated (related document # 12) Entered on 11/18/2020. (Dozier, Bryan) |
| 11/18/2020 | 32 Order granting motion for remand (related document # 30) Entered on 11/18/2020. (Dozier, Bryan) |
| 11/18/2020 | 33 Notice of appeal . Fee Amount $298 filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)31 Order on motion to dismiss party, 32 Order on motion for remand). Appellant Designation due by 12/2/2020. (Lindauer, Joyce) |
| 11/18/2020 | Receipt of filing fee for Notice of appeal(20-04078-mxm) [appeal,ntcapl] ( 298.00). Receipt number 28276933, amount $ 298.00 (re: Doc# 33). (U.S. Treasury) |
| 11/19/2020 | 34 Clerk's correspondence requesting Amend notice of appeal or file another notice of appeal from attorney for defendant. (RE: related document(s)33 Notice of appeal . Fee Amount $298 filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)31 Order on motion to dismiss party, 32 Order on motion for remand). Appellant Designation due by 12/2/2020. filed by Counter-Claimant 2999TC LP, LLC, Defendant 2999TC LP, LLC, Counter-Claimant JMJ Development, LLC, Defendant JMJ Development, LLC, Counter-Claimant Tim Barton, Defendant Tim Barton) Responses due by 11/23/2020. (Rueter, Karyn) |
| 11/19/2020 | 36 Amended notice of appeal filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)33 Notice of appeal). (Lindauer, Joyce) |
| 11/19/2020 | 37 (private) Forms (misc) (Rueter, Karyn) |

| | |
|---|---|
| 11/19/2020 | ◦ 38 Certificate of mailing regarding appeal (RE: related document(s)36 Amended notice of appeal filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)33 Notice of appeal). filed by Counter-Claimant 2999TC LP, LLC, Defendant 2999TC LP, LLC, Counter-Claimant JMJ Development, LLC, Defendant JMJ Development, LLC, Counter-Claimant Tim Barton, Defendant Tim Barton) (Attachments: # 1 Service List) (Rueter, Karyn) |
| 11/19/2020 | ◦ 39 Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)33 Notice of appeal . Fee Amount $298 filed by Defendants 2999TC LP, LLC, Tim Barton, JMJ Development, LLC (RE: related document(s)31 Order on motion to dismiss party, 32 Order on motion for remand). Appellant Designation due by 12/2/2020. filed by Counter-Claimant 2999TC LP, LLC, Defendant 2999TC LP, LLC, Counter-Claimant JMJ Development, LLC, Defendant JMJ Development, LLC, Counter-Claimant Tim Barton, Defendant Tim Barton) (Rueter, Karyn) |

# U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Bankruptcy Petition #: 20-43204-mxm11
### Internal Use Only

|  |  |
|---|---|
| | *Date filed:* 10/16/2020 |
| *Assigned to:* Mark X. Mullin | *341 meeting:* 12/11/2020 |
| Chapter 11 | *Deadline for filing claims:* 03/11/2021 |
| Voluntary | *Deadline for filing claims (govt.):* 06/09/2021 |
| Asset | |

**Debtor**
**2999TC LP, LLC**
13901 Midway Road
Suite 102-243
Dallas, TX 75244
TARRANT-TX
Tax ID / EIN: 82-4824131

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney,
PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

**U.S. Trustee**
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/16/2020 | 1 Non-individual Chapter 11 Voluntary Petition. Fee Amount $1717 Filed by 2999TC LP, LLC (Lindauer, Joyce) |
| 10/16/2020 | Receipt of filing fee for Voluntary petition (chapter 11)(20-43204-11) [misc,volp11a] (1717.00). Receipt number 28187354, amount $1717.00 (re: Doc# 1). (U.S. Treasury) |
| 10/16/2020 | 2 Adversary case 20-04078. Complaint by L. Allen Hodges III as Independent Executor of The Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd. against 2999TC LP, LLC, JMJ Development, LLC, Tim Barton. Fee Amount $350 (Attachments: # 1 Exhibit B-1 # 2 Exhibit B-2 # 3 Exhibit B-3 # 4 Exhibit B-4 # 5 Exhibit B-5 # 6 Exhibit B-6 # 7 Exhibit B-7 # 8 Exhibit B-8 # 9 Exhibit B-9 # 10 Exhibit B-10 # 11 Exhibit B-11 # 12 Exhibit B-12 # 13 Exhibit B-13 # 14 Exhibit B-14 # 15 Exhibit B-15 # 16 Exhibit B-16 # 17 Exhibit B-17 # 18 Exhibit B-18 |

| | |
|---|---|
| | # [19](#) Exhibit B-19 # [20](#) Exhibit B-20 # [21](#) Exhibit B-21 # [22](#) Exhibit B-22). Nature(s) of suit: 01 (Determination of removed claim or cause). (Lindauer, Joyce) |
| 10/16/2020 | [3](#) (private) Declaration for electronic filing *of Petition and Matrix* filed by Debtor 2999TC LP, LLC. (Lindauer, Joyce) |
| 10/16/2020 | [4](#) Notice of deficiency. Schedule A/B due 10/30/2020. Schedule D due 10/30/2020. Schedule E/F due 10/30/2020. Schedule G due 10/30/2020. Schedule H due 10/30/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2020. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2020. Statement of Financial Affairs due 10/30/2020. 20 Largest Unsecured Creditors due 10/19/2020. (Dugan, S.) |
| 10/16/2020 | [5](#) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor 2999TC LP, LLC (RE: related document(s)[4](#) Notice of deficiency). (Lindauer, Joyce) |
| 10/18/2020 | [6](#) BNC certificate of mailing. (RE: related document(s)[4](#) Notice of deficiency. Schedule A/B due 10/30/2020. Schedule D due 10/30/2020. Schedule E/F due 10/30/2020. Schedule G due 10/30/2020. Schedule H due 10/30/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2020. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2020. Statement of Financial Affairs due 10/30/2020. 20 Largest Unsecured Creditors due 10/19/2020. (Dugan, S.)) No. of Notices: 1. Notice Date 10/18/2020. (Admin.) |
| 10/19/2020 | [7](#) Meeting of creditors 341(a) meeting to be held on 12/11/2020 at 09:30 AM by TELEPHONE. Proofs of Claims due by 3/11/2021. Government Proof of Claim due by 6/9/2021. (Neary, William) |
| 10/22/2020 | [8](#) Certificate of service re: Meeting of Creditors filed by Debtor 2999TC LP, LLC (RE: related document(s)[7](#) Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 10/22/2020 | [9](#) BNC certificate of mailing - meeting of creditors. (RE: related document(s)[7](#) Meeting of creditors 341(a) meeting to be held on 12/11/2020 at 09:30 AM by TELEPHONE. Proofs of Claims due by 3/11/2021. Government Proof of Claim due by 6/9/2021.) No. of Notices: 1. Notice Date 10/22/2020. (Admin.) |
| 10/30/2020 | [10](#) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC LP, LLC (RE: related document(s)[4](#) Notice of deficiency). (Lindauer, Joyce) |
| 10/30/2020 | [11](#) Statement of financial affairs for a non-individual . Filed by Debtor 2999TC LP, LLC (RE: related document(s)[4](#) Notice of deficiency). (Lindauer, Joyce) |
| 10/30/2020 | [12](#) Amended Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders - *AMENDED*. Filed by Debtor 2999TC LP, LLC. (Lindauer, Joyce) |
| 10/30/2020 | [13](#) Disclosure of compensation of attorney for debtor . Filed by Debtor 2999TC LP, LLC. (Lindauer, Joyce) |
| 11/10/2020 | [14](#) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor 2999TC LP, LLC (Attachments: # [1](#) Proposed Order) (Lindauer, Joyce) |