IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

CASE NO. 4:20-CV-01256-P

---

IN RE: 2999TC, LLC, Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2999TC LP, LLC, JMJ DEVELOPMENT, LLC, AND TIM BARTON,
Appellants,

v.

L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR
OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD.,
LAH III FAMILY SPECIFIC INTEREST, LTD.
AND BLACKFOOT INTEREST, LTD.,
Appellees.

---

Appeal from the United States Bankruptcy Court
For the Northern District of Texas, Fort Worth Division
CASE NO. 20-43204-MXM11

---

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

---

Please take note that Caitlyn Hubbard is appearing as counsel in the above-referenced cause for Appellees, L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., and Blackfoot Interest, Ltd., who are interested parties to this

1

proceeding.    Copies of all motions, briefs, correspondence, and other papers

regarding this case should be forwarded to:

Caitlyn E. Hubbard<br>
State Bar No. 24097853<br>
caitlyn.hubbard@kellyhart.com<br>
<strong>KELLY HART & HALLMAN LLP</strong><br>
201 Main Street, Suite 2500<br>
Fort Worth, Texas  76102<br>
817.878.9367

Respectfully submitted,

*/s/ Caitlyn Hubbard*

Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Katherine T. Hopkins
State Bar No. 24070737
katherine.hopkins@kellyhart.com
Caitlyn E. Hubbard
State Bar No. 24097853
caitlyn.hubbard@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
817.332.2500
817.878.9280 (fax)
*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020 a true and correct copy of the foregoing document was served electronically on all parties who receive electronic notices in this matter pursuant to the Court's ECF filing system:

*/s/ Caitlyn Hubbard*

Caitlyn E. Hubbard