BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: 2999TC LP, LLC | Debtor(s) | § | Case No.: 20−43204−mxm11 Chapter No.: 11 |
| 2999TC LP, LLC, et al | Appellant(s) | § | Adversary No.: 20−04078−mxm |
| vs. L. Allen Hodges III, et al | Appellee(s) | § | Civil Action No.: 4:20−cv−1256−P |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 11/18/2020 regarding Order granting second amended motion to dismiss Defendant 2999TC LP, LLC only and abstain and remand to state court by 2999TC, LLC, et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on December 28, 2020.

DATED: 12/28/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk