**CIVIL ACTION No. 4:20-CV-1256-P**

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

---

2999TC LP, LLC
Debtor.

---

2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, Appellants

v.

L Allen Hodges, III, *As Independent Executor of The Estate of Leland A. Hodges Jr.*, Tejas Group, Ltd, LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd., Appellees

---

Appeal from the United States Bankruptcy Court
Northern District of Texas, Fort Worth Division
Adversary Proceeding No. 20-04078
Related to Bankruptcy Case No. 20-43204-MXM

---

**APPELLANTS' MOTION FOR LEAVE TO FILE AMENDED OPENING BRIEF WITH APPENDIX**

---

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT**:

COME NOW 2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, (collectively referred to as the "**Appellants**"), and file this their ***Appellants' Motion for Leave to File Amended Opening Brief with Appendix*** and in support thereof, respectfully state as follows:

1. On November 18, 2020, Appellants timely filed a Notice of Appeal with regards to the Bankruptcy Court's November 16, 2020, *Order Granting Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court* (the "**Order**").

2. Appellants timely filed their Brief on January 27, 2021 but through oversight failed to include an Appendix with their Brief as required by Bankruptcy Rule 8018(b)(1). Appellants request the Court grant them leave to file their Amended Opening Brief (attached hereto as Exhibit "1") and their Appendix (attached hereto as Exhibit "2").

3. Bankruptcy Rule 8013(b) provides that the Court may rule on a motion for a procedural order – including a motion under Rule 9006(b) at any time without awaiting a response.

4. To the extent applicable in this proceeding, Fed. R. Civ. P. 15(a) provides in part, that a pleading may be amended once as a matter of course within 21 days after service of a responsive pleading. It has been less than 21 days since the Appellees' Brief was filed. Appellants' reply brief is due on March 12, 2021.

5. No substantive changes are contained in the Amended Opening Brief. The changes consist of supplementing references to the record, with the corresponding references to the Appendix.

6. The Appellants are also requesting, by separate Motion, a 7-day extension of time to file their reply brief so that they can sufficiently address all the issues raised in the Appellees' brief.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully requests the Court grant them leave to file their Amended Opening Brief and Appendix in support, in the form attached hereto as Exhibit "1" and Exhibit "2" and for other and further relief to which Appellants may show themselves justly entitled.

Dated: March 11, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
**ATTORNEYS FOR APPELLANTS 2999TC, LP, LLC**

Robert F. Kemp
SBN 11256400
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526-2156
(214) 526-2156 Fax
**ATTORNEY FOR APPELLANTS JMJ DEVELOPMENT, LLC AND TIMOTHY BARTON**

**CERTIFICATE OF CONFERENCE**

The undersigned represents that on March 11, 2021 she conferenced with Katherine Hopkins, one counsel for Appellees regarding the relief sought in this Motion and the requested relief is opposed.

*/s/ Kerry S. Alleyne*
Kerry S. Alleyne

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the Appellees via their counsel listed below.

Dee J. Kelly, Jr.,
Katherine T. Hopkins
Joakim G. Soederbaum
Caitlyn E. Hubbard
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com
caitlyn.hubbard@kellyhart.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer