**CIVIL ACTION No. 4:20-CV-1256-P**

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

---

2999TC LP, LLC
Debtor.

---

2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, Appellants

v.

L Allen Hodges, III, *As Independent Executor of The Estate of Leland A. Hodges Jr.*, Tejas Group, Ltd, LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd., Appellees

---

Appeal from the United States Bankruptcy Court
Northern District of Texas, Fort Worth Division
Adversary Proceeding No. 20-04078
Related to Bankruptcy Case No. 20-43204-MXM

---

# ORDER GRANTING APPELLANTS' MOTION FOR LEAVE TO FILE AMENDED OPENING BRIEF WITH APPENDIX

---

CAME ON FOR CONSIDERATION on this date the ***Appellants' Motion for Leave to File Amended Opening Brief with Appendix*** (the "Motion"). filed by Appellants in the instant appeal. Upon consideration of the Motion and the pleadings on file, the Court finds that just cause exists to grant the aforementioned Motion.

IT IS THEREFORE ORDERED that the Appellants' are hereby granted leave to file their Amended Opening Brief and Appendix in support, in the form attached as Exhibit "1" and Exhibit "2" to the Motion.

Date: ___________________

_________________________________
UNITED STATES DISTRICT JUDGE