**CIVIL ACTION No. 4:20-CV-1256-P**

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

---

2999TC LP, LLC
Debtor.

---

2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, Appellants

v.

L Allen Hodges, III, *As Independent Executor of The Estate of Leland A. Hodges Jr.*, Tejas Group, Ltd, LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd., Appellees

---

Appeal from the United States Bankruptcy Court
Northern District of Texas, Fort Worth Division
Adversary Proceeding No. 20-04078
Related to Bankruptcy Case No. 20-43204-MXM

---

**MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF**

---

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT**:

COME NOW 2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, (collectively referred to as the "**Appellants**"), and file this their ***Motion to Extend Deadline to file Reply Brief*** **("Motion")** and in support thereof, respectfully state as follows:

1. On November 18, 2020, Appellants timely filed a Notice of Appeal with regards to the Bankruptcy Court's November 16, 2020, *Order Granting Second Amended Motion to Dismiss Defendant 2999TC LP, LLC Only and Abstain and Remand to State Court* (the "**Order**").

2. Appellants timely filed their Brief on January 27, 2021 and the Appellees' Brief was filed on February 26, 2021.

3. Appellants' reply brief is due on March 12, 2021. The Appellants are requesting a 7-day extension of time to file their reply brief so that they can sufficiently address all the issues raised in the Appellees' brief. The extension is requested because Counsels for the Appellants had several competing deadlines and had a full court docket this week resulting in insufficient time to complete the reply brief.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request the Court grant them until March 19, 2021 to file their Reply Brief and for other and further relief to which Appellants may show themselves justly entitled.

Dated: March 11, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
**ATTORNEYS FOR APPELLANTS 2999TC, LP, LLC**

Robert F. Kemp
SBN 11256400
2815 Valley View Lane, Ste. 202
Dallas, Texas 75234
(214) 526-2156
(214) 526-2156 Fax
**ATTORNEY FOR APPELLANTS JMJ DEVELOPMENT, LLC AND TIMOTHY BARTON**

## CERTIFICATE OF CONFERENCE

The undersigned represents that on March 11, 2021 she conferenced with Katherine Hopkins, one counsel for Appellees regarding the relief sought in this Motion and the requested relief is opposed.

*/s/ Kerry S. Alleyne*

Kerry S. Alleyne

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the Appellees via their counsel listed below.

Dee J. Kelly, Jr.,
Katherine T. Hopkins
Joakim G. Soederbaum
Caitlyn E. Hubbard
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile (817) 878-9280
Dee.kelly@kellyhart.com
Katherine.hopkins@kellyhart.com
Joakim.soederbaum@kellyhart.com
caitlyn.hubbard@kellyhart.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer