**CIVIL ACTION No. 4:20-CV-1256-P**

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

---

2999TC LP, LLC
Debtor.

---

2999TC, LP, LLC, JMJ Development, LLC, Tim Barton, Appellants

v.

L Allen Hodges, III, *As Independent Executor of The Estate of Leland A. Hodges Jr.*, Tejas Group, Ltd, LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd., Appellees

---

Appeal from the United States Bankruptcy Court
Northern District of Texas, Fort Worth Division
Adversary Proceeding No. 20-04078
Related to Bankruptcy Case No. 20-43204-MXM

---

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF**

---

CAME ON FOR CONSIDERATION on this date the ***Motion for Continuance of Deadline to File Reply Brief*** filed by Appellants in the instant appeal. Upon consideration of the Motion and the pleadings on file, the Court finds that just cause exists to grant the aforementioned Motion.

IT IS THEREFORE ORDERED that the Appellants' deadline to file a reply brief is hereby extended to **March 19, 2021.**

Date: ___________________

______________________________________
UNITED STATES DISTRICT JUDGE