**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2999TC LP, LLC, et al.,** | § | |
| **Appellants,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-01256-P** |
| | § | |
| **L Allen Hodges, III, et al.,** | § | |
| **Appellees.** | § | |

**ORDER**

Before the Court is Appellants' motions for leave to file an amended opening brief with appendix (ECF No. 7) and for a one-week extension to file their reply brief (ECF No. 8). Appellees oppose both motions. Due to the nature of the motions, the Court has determined that expediated responses from the Appellees are necessary. Accordingly, the Court **ORDERS** Appellees to file a brief response explaining their grounds for opposing these motions by **5:00 p.m.** on **March 15, 2021**.

**SO ORDERED** on this **12th** day of **March, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE