**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **2999TC, LP, LLC et al.,** | **§** | |
| | **§** | |
| **Appellants,** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil Action No. 4:20-cv-01256-P** |
| | **§** | |
| **L. ALLEN HODGES, III et al.,** | **§** | |
| | **§** | |
| **Appellees.** | **§** | |

# ORDER

Before the Court is Appellants' Motion for Leave to File Amended Opening Brief with Appendix (ECF No. 7) and Motion for One-Week Extension to File Reply Brief (ECF No. 8). Having considered the motions and Appellees' response thereto (ECF No. 10), the Court concludes that the Motion for One-Week Extension should be and hereby is **DENIED** and that the Motion to file Amended Appendix should be and hereby is **GRANTED.**

Therefore, the Clerk of Court is **INSTRUCTED** to file the Amended Brief and Appendix attached as Exhibits 1 and 2 (ECF Nos. 7-1, 7-2) as separate docket entries.

**SO ORDERED** on this **15th day of March, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE