**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **2999TC, LP, LLC et al.,** | § | |
| | § | |
| **Appellants,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-01256-P** |
| | § | |
| **L. ALLEN HODGES, III et al.,** | § | |
| | § | |
| **Appellees.** | § | |

## ORDER

Before the Court is Appellants' Motion to Reconsider Order Denying Request for Extension of Time to File Reply Brief (ECF No. 14). Having considered the Motion and attachments thereto, the Court finds that the Motion should be and hereby is **DENIED.**

**SO ORDERED** on this **17th day of March, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE