**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **2999TC LP, LLC et al.,** | § | |
| | § | |
| **Appellants,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-01256-P** |
| | § | |
| **L. ALLEN HODGES, III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR. et al.,** | § § § § | |
| | § | |
| **Appellees.** | § | |

**FINAL JUDGMENT**

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Memorandum Opinion and Order (ECF No. 18):

It is **ORDERED, ADJUDGED, and DECREED** that the appealed order in the underlying bankruptcy proceeding is **AFFIRMED**.

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **13th day** of **April, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE