FILED
April 19, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
FILED
April 16, 2021
Lyle W. Cayce
Clerk

No. 21-10361

In re: 2999TC LP, L.L.C.; JMJ Development, L.L.C.; Tim Barton,

*Petitioners*.

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-1256 -P

Before Stewart, Graves, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is DENIED.