RECEIVED
By Tamara Ellis at 2:06 pm, Apr 19, 2021

ORIGINAL

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 21-10361 In re: 2999TC LP
USDC No. 4:20-CV-1256 -P

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Dee J. Kelly Jr.
Ms. Joyce Williams Lindauer