**FILED**
**July 28, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 6, 2021
Lyle W. Cayce
Clerk

No. 21-10409

In the Matter of: 2999TC LP, L.L.C.

*Debtor*,

2999TC LP, L.L.C.; JMJ Development, L.L.C.; Tim Barton,

*Appellants*,

*versus*

L. Allen Hodges, III, as Independent Executor of The Estate of Leland A. Hodges, Jr.; Tejas Group, Limited; LAH III Family Specific Interest, Limited; Blackfoot Interest, Limited,

*Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-1256-P

Before Higginbotham, Smith, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that appellees' motion to dismiss appeal for lack of subject matter jurisdiction is GRANTED. The appeal is therefore DISMISSED.

Certified as a true copy and issued
as the mandate on Jul 28, 2021
Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit